```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  09/24/2019
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

NAZARENO LARIOS,

                              Plaintiff,

                -against-

DALGISH 7 INC. DBA CARRAGHER'S
PUB & RESTAURANT, BRIAN
MCLAUGHLIN, AND MICHAEL
ROMERO, INDIVIDUALLY,

                              Defendants.

-------------------------------------------------------------------X

**18-CV-6956 (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In a hearing on July 9, 2019, this Court considered the parties' joint application to approve the parties' settlement pursuant to C*heeks v. Freeport Pancake House, Inc*., 796 F.3d 199 (2d Cir. 2015), *cert. denied*, 136 S. Ct. 824 (2016), to the extent it waives claims under the Fair Labor Standards Act. This Court approves the settlement for the reasons set forth on the record. In light of this, this action is dismissed with prejudice and without costs. The parties shall order a copy of the transcript.

The Clerk of the Court is respectfully requested to mark this matter closed.

      **SO ORDERED.**

DATED:     New York, New York
            September 24, 2019

                                  _____
                                  KATHARINE H. PARKER
                                  United States Magistrate Judge